**STERLING SAVINGS ASSOCIATION, a state chartered savings association, and Sterling Financial Corporation, a Washington corporation, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5081.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2008.

Leslie R. Weatherhead, Witherspoon, Kelley, Davenport, Spokane, WA, for Plaintiffs–Appellants.

Jeanne E. Davidson, Department Of Justice, Washington, DC, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal from *Sterling Savings v. United States,* no. 95–CV–829 (Fed.Cl.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**KNOWLEDGE CONNECTIONS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Catapult Technology, Ltd., Defendant.**

No. 2008–5033.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2008.

Bryant S. Banes, Neel, Hooper & Banes, Houston, TX, for Plaintiff–Appellant.

Allison Kidd–Miller, Department of Justice, Washington, DC, Adele R. Vine, General Services Administration, Kansas City, MO, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).